■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LONDEL STEELE, Appellant. [778 NYS2d 485]—Appeal from judgment, Supreme Court, New York County (James A. Yates, J.), rendered February 24, 2000, convicting defendant, after a jury trial, of rape in the first and third degrees, sexual abuse in the first degree, and criminal possession of a weapon in the third degree, and sentencing him, as a persistent violent felony offender, to an aggregate term of 25 years to life, held in abeyance, and the matter remanded for a hearing to resettle the transcript in accordance with this memorandum.

There is a serious question as to whether the court reporter correctly recorded the name of a prospective juror who was addressed by the court in a particular colloquy. Since the record is unclear, and since the identity of this panelist is material to an issue raised by defendant on appeal, the transcript requires resettlement (*see e.g. People v Roldan*, 96 AD2d 476 [1983]; *People v Snipe*, 75 AD2d 750 [1980]). Concur—Tom, J.P., Saxe, Ellerin, Marlow and Catterson, JJ.